UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Patricia D. Phillips,

        Plaintiff,

vs.                                     ORDER ADOPTING
                                        REPORT AND RECOMMENDATION

Michael J. Astrue, Commissioner
of the Social Security Administration,

        Defendant.               Civ. No. 10-3069 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.     Plaintiff's Motion for Summary Judgment [Docket No. 29] be DENIED;

    2.     Defendant's Motion for Summary Judgment [Docket No. 35] be GRANTED; and

    3.     Let Judgment be Entered.


DATED: January 6, 2012                         s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                  United States District Court